## IN THE UNITED STATES DISTRICT COURT FOR THE
## SOUTHERN DISTRICT OF GEORGIA
## AUGUSTA DIVISION

ROBERT P. WILLS and ROBIN A.    *
WILLS,    *
   *
      Plaintiffs,    *
   *      CV 120-003
      v.    *
   *
AUTO-OWNERS INSURANCE COMPANY,    *
   *
      Defendant.    *

## O R D E R

Before the Court is the Parties' joint stipulation of dismissal with prejudice. (Doc. 23.) All Parties signed the stipulation; thus, the Court finds dismissal proper under Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

**IT IS THEREFORE ORDERED** that this matter is **DISMISSED WITH PREJUDICE**. The Clerk is directed to **TERMINATE** all motions and deadlines and **CLOSE** this case. Each party shall bear its own costs and fees except as otherwise agreed by the Parties.

**ORDER ENTERED** at Augusta, Georgia, this 10th day of August, 2020.

J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA